**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GREG ATHERTON RUIZ,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>        Defendant. | CASE NO. CV 19-05436-AS<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: September 23, 2020

                                            /s/
                                      ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE